UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON LEONARD VALDIVIA,

    Defendant.

No. 3:19-CR-113
JUDGES Varlan/Poplin

FILED
2019 JUL 16 P 2:03
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

## INDICTMENT

The Grand Jury charges that:

From on or about June 2, 2018, through on or about July 2, 2018, within the Eastern District of Tennessee and elsewhere, defendant JASON LEONARD VALDIVIA knowingly crossed a state line with intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person who has not attained the age of 12 years, in violation of Title 18 United States Code, Section 2241(c).

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

MATTHEW T. MORRIS
Assistant United States Attorney